UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Hector Froylan Figueroa                Case No. 15-11449-JKO

                                              Chapter 13

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On January 26, 2015 the instant case was filed.

2. On September 23, 2015 debtor's Third Amended Chapter 13 plan was confirmed.

3. In debtor's confirmed plan, the debtor was participating in the Court's MMM procedure.

4. On December 9, 2015, the Mediator uploaded a final report indicating that an agreement was not reached.

5. Debtor wishes to modify the plan to surrender his homestead property as he is financially unable to maintain it.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

        Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161